IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

No. 2:03-cr-0042 MCE JFM P

  vs.

JASON KEITH WALKER,

    Movant.

ORDER

/

        Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. By order filed August 9, 2012, the court granted movant leave to file a supplemental motion and granted respondent a period of thirty days in which to either file a motion to dismiss any and all claims in both the original and, if appropriate, the supplemental § 2255 motion as time-barred or a statement waiving the statute of limitations defense. The order further provided in relevant part that the court would set a further briefing schedule if respondent filed a statement waiving the statute of limitations defense. Respondent has now filed a statement disavowing an intention to rely on the statute of limitations defense and requesting a period of ninety days to answer the claims raised in the original and supplemental motions. That will be the order of the court.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent shall file an answer to the original and supplemental motions within ninety days of the effective date of this order. <u>See</u> Rule 4, Rules Governing Section 2255 Proceedings. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings.

2. Movant's traverse, if any, shall be due on or before thirty days from the date respondent's answer is filed.

DATED: August 20, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
walk0042.brf