```
1  JOSEPH SCHLESINGER, Cal. Bar # 87692
   Acting Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 "I" Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   SHANGO JAJA GREER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | ) | |
|---|---|---|
| | ) | No. 2:03-cr-00042 MCE-JFM |
| Plaintiff, | ) | |
| | ) | **REQUEST FOR SUBSTITUTION OF COUNSEL;** |
| v. | ) | **ORDER** |
| | ) | |
| SHANGO JAJA GREER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Defendant, SHANGO JAJA GREER, hereby moves this Court for an order substituting Benjamin Ramos, Attorney at Law, 7405 Greenback Lane, Suite 287 Citrus Heights, CA, 95610, telephone (916) 967-2927; as counsel for the Defendant in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of Defendant. Mr. Ramos has agreed to represent the Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Mr. Ramos is aware of any deadlines in this case. The undersigned is authorized to sign this substitution motion on his behalf.

Dated: January 4, 2013

                                        Respectfully submitted,

                                        JOSEPH SCHLESINGER
                                        Acting Federal Defender

                                        */s/ David M. Porter*
                                        DAVID M. PORTER
                                        Assistant Federal Defender

                                        Attorneys for Defendant
                                        SHANGO JAJA GREER

Dated: January 4, 2013              */s/Benjamin Ramos*
                                        BENJAMIN RAMOS

**O R D E R**

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Benjamin Ramos, Attorney at Law, shall be substituted in as appointed counsel for Defendant in place of the Office of the Federal Defender for the Eastern District of California.

Dated: January 10, 2013.

                                        UNITED STATES MAGISTRATE JUDGE

gree0042.sub