```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 "I" Street, 3rd Floor
   Sacramento, California 95814
4  Telephone:  (916) 498-5700

5  Attorneys for Defendant
   JASON KEITH WALKER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, ) | No. 2:03-cr-00042 MCE-JFM |
| Plaintiff, ) | |
| v. ) | **REQUEST FOR SUBSTITUTION OF COUNSEL; ORDER** |
| JASON KEITH WALKER, ) | |
| Defendant. ) | |

Petitioner, JASON KEITH WALKER, hereby moves this Court for an order substituting Carolyn Phillips, Attorney at Law, P.O. Box 5622, Fresno, CA, 93755, telephone (559) 248-9833; as counsel for the Defendant in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of Defendant. Ms. Phillips has agreed to represent the Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 Ms. Phillips is aware of any deadlines in this case. The undersigned is authorized to sign this substitution motion on her behalf.

Dated: December 19, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ David M. Porter
DAVID M. PORTER
Assistant Federal Defender

Attorneys for Defendant
JASON KEITH WALKER

Dated: December 19, 2012    /s/ Carolyn Phillips
CAROLYN PHILLIPS

**O R D E R**

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Carolyn Phillips, Attorney at Law, shall be substituted in as appointed counsel for Defendant in place of the Office of the Federal Defender for the Eastern District of California.

Dated: January 31, 2013.

UNITED STATES MAGISTRATE JUDGE

walk0042.sub

2