BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　v.<br><br>SHANGO JAJA GREER,<br><br>　　　　　Movant. | CASE NO. 2:03-CR-042 MCE JFM P<br><br>STIPULATION AND PROPOSED ORDER REGARDING SEALED DOCUMENTS IN COURT'S FILE |
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　v.<br><br>JASON KEITH WALKER,<br><br>　　　　　Movant. | |

## **BACKGROUND**

On April 7, 2006, Movants Shango Jaja Greer and Jason Keith Walker were convicted of crimes relating to racketeering activity. Movants' appeal has been ruled upon by the Ninth Circuit and Movants have each filed motions under 26 U.S.C. § 2255 seeking relief.

Movants motions allege multiple issues, including without limitation grand jury abuse, prosecutorial misconduct, ineffective assistance in regard to a particular expert, and sufficiency of the

1

evidence in regard to specific racketeering elements. A review of the docket reveals that many of these issues appear to have been litigated before and during trial in this matter, and the underlying pleadings are therefore necessary to counsels' analysis of the issues raised in the instant motion proceedings.

The Government has many of the relevant pleadings in its files, but has noted that many were filed under seal and in relevant time periods there are entries on the docket for "sealed event," for which the Government has no related document in its files. The Government's understanding is that items on the docket identified as "sealed" were sealed by order of now-retired District Court Judge Frank C. Damrell, Jr., and thus the magistrate judge now assigned to the case, the Honorable John F. Moulds may lack the authority to order access to the documents in the Court's file for the parties, or to permit dissemination and use of sealed documents in the instant Section 2255 litigation. Because use of these documents may be necessary to appropriate resolution of these proceedings, the Government has asked counsel for Movants to stipulate as outlined below, and each has agreed.

## **STIPULATION**

Counsel for each party, Carolyn D. Phillips for Movant Jason Keith Walker, Benjamin P. Ramos for Movant Shango Jaja Greer, and Jean M. Hobler for the United States, shall be permitted to access the Court's file and review sealed documents for the purpose of identifying sealed documents relevant to the issues raised in the Movants' respective motions, found at Docket Numbers 1124 and 1126.

To the extent a party identifies a sealed document pursuant to 1, above, that party may duplicate the document and will be required to disseminate the document to the other counsel of record in the instant Section 2255 proceedings within 14 days of such duplication. In disseminating the document, counsel shall mark the document clearly as "sealed," to prevent inadvertent future use of the document in a manner inconsistent with its sealed status.

Whether identified through the process above or simply obtained from a party's files, a sealed document may be disseminated among counsel of record in the instant Section 2255 proceedings. In disseminating any previously sealed document, counsel shall mark the document clearly as "sealed," to prevent inadvertent future use of the document in a

manner inconsistent with its sealed status.

To the extent any previously sealed document is used in the instant proceedings, counsel for the parties shall file such documents under seal.

This order shall serve as the authorization to the clerk to file any documents identified by counsel as previously sealed under seal in any new filings.

To the extent any party disagrees with the designation of a document as previously sealed, that party may file a notice to such effect within 14 days of the challenged filing. The party identifying the document as previously sealed shall then prove to the assigned magistrate judge's satisfaction that the document was in fact previously sealed.

IT IS SO STIPULATED.

Dated: March 7, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Jean M. Hobler
JEAN M. HOBLER
Assistant United States Attorney

Dated: March 7, 2013

/s/ Jean M. Hobler for
BENJAMIN P. RAMOS
Counsel for Movant
SHANGO JAJA GREER
(*signature authorized March 6, 2013*)

Dated: March 7, 2013

/s/ Jean M. Hobler for
CAROLYN D. PHILLIPS
Counsel for Movant
JASON KEITH WALKER
(*signature authorized March 7, 2013*)

3

# ORDER

Good causing appearing therefore, the parties' stipulation is adopted by the Court.

IT IS SO ORDERED.

DATED: March 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE