IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,  No. 2:03-cr-0042 MCE JFM P

  vs.

JASON KEITH WALKER,

    Movant.  <u>ORDER</u>

_____/

    Movant is a federal prisoner proceeding through counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. By order filed March 21, 2013, respondent was directed to respond to movant's original and supplemental § 2255 motions by May 31, 2013. On May 31, 2013, respondent filed an opposition to the motion.

    Good cause appearing, IT IS HEREBY ORDERED that within thirty days from the date of this order the parties shall meet and confer and file a joint proposal for further proceedings in this action including but not limited to, as appropriate, the timing for any further discovery and deadlines for filing a motion for evidentiary hearing and a reply to respondent's opposition.

DATED: June 18, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE