IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-042 MCE JFM P |
|---|---|
| Respondent, | |
| v. | ORDER GRANTING APPLICATION TO SEAL EXHIBITS K AND L TO RESPONSE TO PETITIONS |
| SHANGO JAJA GREER, | |
| Movant. | |
| UNITED STATES OF AMERICA, | |
| Respondent, | |
| v. | |
| JASON KEITH WALKER, | |
| Movant. | |

On May 31, 2013, the Government filed an application to seal Exhibits K and L to its response to the petitions filed by Movants Shango Greer and Jason Walker, in light of the dictates of grand jury secrecy and the exhibits' status as transcripts of matters occurring before the grand jury.

///
///
///
///

Order Granting Application to File Exhibits Under Seal

1

Good cause appearing therefore, the Court GRANTS the application and directs that Exhibits K and L be filed under seal. The clerk is directed to serve those exhibits to counsel for the Government, Jean M. Hobler, counsel for Petitioner Greer, Benjamin Ramos, and counsel for Petitioner Walker, Carolyn Phillips.

IT IS SO ORDERED.

DATED: June 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT