UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>SHANGO JAJA GREER,<br><br>    Movant. | No. 2:03-cr-42-MCE-EFB P |
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>JASON KEITH WALKER,<br><br>    Movant. | No. 2:03-cr-42-MCE-EFB P<br><br>ORDER |

Movants are federal prisoners proceeding pro se with motions to vacate, set aside, or correct sentences pursuant to 28 U.S.C. § 2255. On June 14, 2013, movants filed a joint motion for discovery and to defer the due date for their replies to the government's oppositions to their § 2255 motions (ECF No. 1187). Pursuant to the stipulation and order filed July 18, 2013 (ECF No. 1195), the deadline for filing a joint statement was extended to July 25, 2013 and the hearing set on movants' discovery motion was dropped from calendar.

1

On July 24, 2013, the parties filed a joint status report (ECF No. 1197) proposing that the government's opposition to movants' discovery motion be filed on or before August 1, 2013, movants' reply, if any, be filed on or before August 8, 2013, and a hearing and status conference be set for August 21, 2013.  On July 31, 2013, the government filed an opposition to movants' discovery motion (ECF No. 1198).  Movants did not file a reply brief.  However, on August 15, 2013, movants filed a joint request to drop the discovery motion from calendar and to conduct a status conference only on August 21, 2013.

In their August 15, 2013 joint request, movants represent that they are "amenable" to seeking the exhibits they sought by way of the motion for discovery from defense trial counsel and that the pending discovery motion will be "unnecessary" if they are able to obtain the exhibits that way.  Good cause appearing, movants' request to drop their discovery motion will be granted and the discovery motion will be denied without prejudice.  The court finds no need for a status conference at this time.  Instead, movants will be granted a period of forty-five days from the date of this order in which to propose a deadline for the filing of their reply briefs in support of their § 2255 motions or, in the alternative, a joint status report with counsel for respondent addressing such additional proceedings as the parties may deem necessary to resolution of the pending motions.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Movants' June 14, 2013 joint motion for discovery (ECF No. 1187) is denied without prejudice; and

2. Within forty-five days from the date of this order movants shall file a proposal for the deadline for filing their reply briefs in support of their § 2255 motions or, in the alternative, a joint status report with counsel for respondent addressing such additional proceedings as the parties may deem necessary to resolution of the pending motions.

DATED: August 19, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE